UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Kevin J. Moore, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | No. 1:19-cv-03629-JPH-MJD |
| AMERICAN MEDICAL RESPONSE, INC., et al., ) ) ) | |
| Defendants. ) ) ) | |
| KEVIN J. MOORE, ) ) ) | |
| Relator. ) | |

**ORDER**

This matter was sealed in its entirety pending decisions by the United States of America and the State of Indiana regarding whether they wished to intervene. Those decisions have now been made. [Dkt. 18, Dkt. 19.] **Accordingly, the Court hereby orders the Clerk to unseal this case and to specifically unseal the following docket entries: Dkt. 1; Dkt. 18; and Dkt. 19. All other previous docket entries shall remain under seal.**

In addition, the Court orders the following:

1. The parties shall serve all future pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and upon the State of Indiana as provided for in Ind. Code § 5-11-5.7-5(e). This service may be accomplished by means of the court's electronic filing system.

2. The United States and the State of Indiana may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time.

3. The parties shall serve any notices of appeal upon the United States and the State of Indiana.

4. All orders of this Court will be served on the United States and the State of Indiana by means of the Court's electronic filing system; and

5. Should the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of Indiana before ruling or granting its approval.

The Relator shall serve the Complaint on the Defendants without delay.

SO ORDERED.

Dated: 20 APR 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.